UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY ALAN GAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1467 (RBW) |
| ) | |
| DEPARTMENT OF JUSTICE ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PROTECTIVE MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for an Enlargement of time to file its answer or otherwise respond to plaintiff's complaint up to and including November 13, 2006. Pro Se plaintiff has been unable to be reached to comment on the filing of this motion because he is incarcerated..

Because this is a FOIA case, the answer would typically be due thirty (30) days after the service of the summons and complaint on defendant. However, upon receipt of this transfer case, the Court issued a summons setting the date for defendant's response as November 13, 2006. To ensure that defendant is expected to answer the complaint on November 13, and not within the typical 30 days for a FOIA case, defendant files this protective motion for an enlargement.

Undersigned counsel and agency counsel currently anticipate responding to the plaintiff's complaint with a dispositive motion on or before November 13, 2006, the date set by the Summons issued by the Court.

Accordingly, defendant respectfully requests that the time to file its answer or otherwise respond to plaintiff's complaint be enlarged up to and including November 13, 2006.

Respectfully submitted,


  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

  /s/
JOHN F. HENAULT, D.C. Bar #472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of October, 2006 that the foregoing was sent by first class mail to :

GREGORY ALAN GAYLOR
No. 30235
NH STATE PRISON
P.O. Box 14
Concord, NH 03302-0014

_____/s/_____
JOHN F. HENAULT, D.C. Bar #472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249