UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY ALAN GAYLOR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1467 (RBW) |
| ) | |
| **DEPARTMENT OF JUSTICE** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

UPON CONSIDERATION of defendant's Protective Motion for Enlargement of Time, and for good cause shown, it is this ___ day of _____ 2006,

ORDERED, that the time within which defendant may Answer or respond to the Complaint be enlarged up to and including November 13, 2006.

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

cc:

JOHN F. HENAULT
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530

GREGORY ALAN GAYLOR
No. 30235
NH STATE PRISON
P.O. Box 14
Concord, NH 03302-0014