UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY ALAN GAYLOR,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DEPARTMENT OF JUSTICE** )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 06-1467 (RBW) |

**MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court to enlarge the time for defendant to file its answer or otherwise respond to plaintiff's complaint from November 11, 2006 to December 13, 2006. Because plaintiff is incarcerated, defendant has not attempted to reach him to seek his consent to this motion pursuant to Local Civil Rule 7(m).

Defendant requests that the Court enlarge the time for it to file a motion for summary judgment by 30 days because the FOIA/PA Unit, Criminal Division, Department of Justice, is currently in the process of locating documents pursuant to plaintiff's FOIA request. Agency counsel and lead counsel will, therefore, be unable to prepare and file its dispositive motion by November 13, 2006.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that the time to file its answer or otherwise respond to plaintiff's complaint be enlarged up to and including December 13, 2006.

November 1, 2006                              Respectfully submitted,


                                                                                                /s/
                                              JEFFREY A. TAYOLR, D.C. BAR # 498610
United States Attorney

                                              /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

                                         /s/
JOHN F. HENAULT, D.C. Bar #472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this _____ day of October, 2006 that the foregoing was electronically filed to :

GREGORY ALAN GAYLOR
No. 30235
NH STATE PRISON
P.O. Box 14
Concord, NH 03302-0014

                 _____
                 JOHN F. HENAULT, D.C. Bar #472590
                 Assistant United States Attorney
                 555 4th Street, N.W.
                 Washington, DC 20530
                 (202) 307-1249