UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY ALAN GAYLOR,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DEPARTMENT OF JUSTICE** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 06-1467 (RBW) |

UPON CONSIDERATION of defendant's Motion for an Enlargement of Time, and for good cause shown, it is this ___ day of _____ 2006,

ORDERED, that the time within which defendant may Answer or respond to the Complaint be enlarged up to and including December 13, 2006.

 

UNITED STATES DISTRICT JUDGE

cc:

JOHN F. HENAULT
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530

GREGORY ALAN GAYLOR
No. 30235
NH STATE PRISON
P.O. Box 14
Concord, NH 03302-0014