UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY ALAN GAYLOR,         )<br>                              )<br>         Plaintiff,           )<br>                              )<br> v.                           )     Civil Action No.  06-1467 (RBW)<br>                              )<br> DEPARTMENT OF JUSTICE        )<br>                              )<br>         Defendant.           )<br>_____) | |

## MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court to enlarge the time for defendant to file its answer or otherwise respond to plaintiff's complaint from December 13, 2006 to January 9, 2007.  Because plaintiff is incarcerated, defendant has not attempted to reach him to seek his consent to this motion pursuant to Local Civil Rule 7(m).  This extension is necessary for the following reasons:

The FOIA/PA Unit, Criminal Division, Department of Justice, is currently preparing a Vaughn Index for this case.  However, in preparing the Index, agency counsel discovered that there were several referrals to other agencies regarding responsive documents.  After this discovery, both agency counsel and  undersigned counsel contacted with these other agencies to obtain declarations.  Due to the schedule demands of these other agencies, however, obtaining declarations before December 28 is impossible.  Additionally, undersigned counsel currently has two motions for summary judgment in other matters due on January 2, 2007.  Thus, the extension of time requested herein is necessary for the preparation and receipt of declarations from these other agencies prior to the filing or a motion for summary judgment in this matter, as well as the schedule demands of undersigned counsel.

Accordingly, it is respectfully requested that the time to file its answer or otherwise respond to plaintiff's complaint be enlarged up to and including January 9, 2007.

December 11, 2006                              Respectfully submitted,


                                                /s/
JEFFREY A. TAYOLR, D.C. BAR # 498610
United States Attorney

                                                /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

                                                /s/
JOHN F. HENAULT, D.C. Bar #472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 11, 2006, a copy of the foregoing was mailed to:

GREGORY ALAN GAYLOR
No. 30235
NH STATE PRISON
P.O. Box 14
Concord, NH 03302-0014

                                                  _____
                                                JOHN F. HENAULT, D.C. Bar #472590
                                                Assistant United States Attorney
                                                555 4th Street, N.W.
                                                Washington, DC 20530
                                                (202) 307-1249