December 8, 2006

RECEIVED
DEC 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Nancy Mayer-Whittington, Esq., Clerk
US District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Gregory A. Gaylor v. US Dept. Justice
    1:06-cv-1467 RBW

Dear Clerk:

This is to advise you that I have received no pleadings from the Defendant's counsel concerning an answer or response.

Please advise.

Sincerely,

Gregory Alan Gaylor

PO Box 14  30235
Concord, NH  03302-0014
ggaylor@sbcglobal.net