

**United States Department of State**

*Washington, D.C. 20520*

SEP 19 2006

Case No. 200601986

Mr. Gregory Alan Gaylor
c/o 7744 La Avenida
Dallas, TX 75248

Dear Mr. Gaylor:

I refer to your letter dated May 11, 2001, to the Department of Justice, requesting the release of certain material relating to your extradition from Switzerland in 2000. Seven of the relevant documents retrieved in response to your request originated with the Department of State and were therefore referred to us for appropriate action.

We have determined that the documents may be released.

Sincerely,

Margaret P. Grafeld
Director
Office of Information Programs
    and Services

Enclosures:
  As stated.

UNCLASSIFIED

FILE COPY

UNCLASSIFIED

```
1.                    ****************************
                      *  U N C L A S S I F I E D  *
                      ****************************

     PTTUZYUW RUEHSWA4768 3361611-UUUU--RUEAWJA.
     ZNR UUUUU ZZH
     P 021611Z DEC 99
     FM AMEMBASSY BERN
     TO SECSTATE WASHDC PRIORITY 9597
     BT
     UNCLAS BERN 004768
     DEPT FOR CA/OCS/ACS/EUR
     E.O. 12958: N/A
     TAGS: CASC, SZ (GAYLOR, GREGORY ALAN)
     SUBJECT: ARREST CASE OF GREGORY ALAN GAYLOR
     FOLLOWING AMERICAN ARRESTED
     1.   NAME:     GAYLOR, GREGORY ALAN
     2.   SEX:      MALE
     3.   DPOB:     JULY 23, 1958 IN DALLAS, TEXAS
     4.   PASSPORT NUMBER: 130377918 ISSUED ON AUGUST 23, 1990,
          EXPIRES ON AUGUST 22, 2000
     5.   LAST KNOWN ADDRESS IN U.S.: 7744 LA AVENIDA, DALLAS, TX
          15248, USA
     6.   DATE AND PLACE OF ARREST: INTERLAKEN/SWITZERLAND ON
          NOVEMBER 13, 1999
     7.   ARREST CONDITION:  NORMAL
     8.   CHARGES:  FOR EXTRADITION TO U.S., WANTED IN NEW
          HAMPSHIRE FOR THEFT AND FRAUD
     9.   PLACE OF DETENTION: REGIONAL PRISON BERN, GENFERGASSE
          22, 3011 BERN/SWITZERLAND (PHONE: 031 634 46 41)
     10.  STATUS OF CASE:  PRE-HEARING
     11.  TRIAL/HEARING DATE:  NONE
     12.  POSSIBLE SENTENCE:  EXTRADITION TO U.S.
     13.  ATTORNEY: DANIEL PHILIPPE HOFSTETTER, SCHWARZTORSTRASSE
          7, POSTFACH, 3001 BERN/SWITZERLAND, (PHONE: 031/371 60 45)
     14.  PRIVACY ACT WAIVER:  YES - FOR ANY ONE
     15.  NOK:   PARENTS, 7744 LA AVENIDA, DALLAS, TX 15248,
          U.S.A.
     16.  NOTIFICATION:   NOVEMBER 23, 1999 BY DEPARTMENT OF
          STATE, WASHINGTON
     17.  ACCESS:   BY CONSUL AND VICE-CONSUL ON DECEMBER 1, 1999
     18.  OTHER AMERICANS ARRESTED:  NONE ALLEGED
     19.  MISTREATMENT:   NONE
     20.  PROPERTY CONFISCATED:  CASH (3100 SWISS FRANCS), BMW
          CAR, COMPUTERS, FAX MACHINES, WATCH, BUSINESS FILES ETC
     21.  JUDICIAL PROCEEDINGS:  SAW MAGISTRATE ON NOVEMBER 14,
          1999
     22.  EMDA:   NO
     23.  REMARKS:   GAYLOR CLAIMS TO BE INNOCENT OF THE CRIME
          FOR WHICH HE WAS CONVICTED. HE SAID HE WILL FIGHT
          EXTRADTION. HE ALSO OFFERED HIS SERVICES TO THE CIA FOR ANY
          PURPOSE. HE APPEARED TO BE INTELLIGENT, WELL EDUCATED,
          ARTICULATE AND SEEMED FINE BOTH MENTALLY AND PHYSICALLY
     24.  ADVISING NOK OR OTHERS:   NO, ALREADY AWARE OF
          SITUATION, ACCORDING TO MR. GAYLOR.
     FREDERICKS
     BT
     #4768
                      ****************************
                      *  U N C L A S S I F I E D  *
                      ****************************
1.
```

99 DEC -2 PM 2:09
CRIMINAL DIVISION

Dept. of State, RPS/IPS, Margaret P. Grafeld, Dir.
( ) Release ( ) Excise ( ) Deny ( ) Declassify
Date_____ Exemption _____
JUL 2 8 2006

2

```
***************************
* U N C L A S S I F I E D *
***************************
```

NNNN

```
***************************
* U N C L A S S I F I E D *
***************************
```

2



| | |
|---|---|
| **From:** | Daphne Cook |
| **To:** | DCARUTH |
| **Date:** | 12/13/99 4:20pm |
| **Subject:** | Gregory Alan Gaylor from Switzerland -Reply -Reply |

Did you get Gaylor documents yet? I have not seen. Do you know if the language is going to be french or german? Just so I can Language Services prepared. —Daphne
Dept. of State, RPS/IPS, Margaret P. Grafeld, Dir
(✗) Release ( ) Excise ( ) Deny ( ) Declassify
Date_____ Exemption _____
JUL 2 8 2006

1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* U N C L A S S I F I E D \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(J3)

```
OTTUZYUW RUEHCAA9192 3542234-UUUU--RUEAWJA.
ZNR UUUUU ZZH
O P 202234Z DEC 99
FM SECSTATE WASHDC
TO RUEHSW/AMEMBASSY BERN IMMEDIATE 6129
INFO RUEAWJA/U.S. DEPARTMENT OF JUSTICE WASHDC PRIORITY
BT
UNCLAS STATE 239192
FOR CON
E.O. 12958: N/A
TAGS: CJAN, SZ
SUBJECT: EXTRADITION: GREGORY ALAN GAYLOR
REF: A. STATE 78296
     B. BERN 4768
```

1. IN ACCORDANCE WITH ARTICLE 13(4) OF THE EXTRADITION TREATY BETWEEN THE UNITED STATES AND SWITZERLAND OF NOVEMBER 14, 1990, EMBASSY IS ASKED TO REQUEST A 20-DAY EXTENSION FOR SUBMISSION OF DOCUMENTS IN THE EXTRADITION CASE OF GREGORY ALAN GAYLOR.
2. EMBASSY'S ASSISTANCE IN THIS MATTER IS APPRECIATED.
ALBRIGHT
BT
#9192
NNNN

Dept. of State, RPS/IPS, Margaret P. Grafeld, Dir.
(X) Release ( ) Excise ( ) Deny ( ) Declassify
Date_____ Exemption _____

JUL 2 8 2006

CRIMINAL DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  99 DEC 21 PM 2:08
\* U N C L A S S I F I E D \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
OFFICE OF INTERNATIONAL
AFFAIRS

1

1

```
***************************
* U N C L A S S I F I E D *
***************************
```

 H

```
OTTUZYUW RUEHCAA1771 3571744-UUUU--RUEAWJA.
ZNR UUUUU ZZH
O 231745Z DEC 99
FM SECSTATE WASHDC
TO AMEMBASSY BERN IMMEDIATE 6157
BT
UNCLAS STATE 241771
FOR CON - C. JOHNSON
E.O. 12958: N/A
TAGS: CJAN, KCRM, SW
SUBJECT: EXTRADITION: GREGORY GAYLOR
  CERTIFIED/TRANSLATED/AUTHENTICATED DOCUMENTS SUPPORTING THE
EXTRADITION OF GREGORY GAYLOR WERE SENT TO THE EMBASSY ON
THURSDAY, DECEMBER 23, 1999 VIA FEDERAL EXPRESS (AIRBILL NO.
400-4844-4885) ADDRESSED TO C. JOHNSON. UPON RECEIPT OF THE
DOCUMENTS, EMBASSY IS ASKED TO MAKE A FORMAL REQUEST FOR THE
EXTRADITION OF GREGORY GAYLOR.
LARSON
BT
#1771
NNNN
```

Dept. of State, RPS/IPS, Margaret P. Grafeld, Dir.
(X) Release ( ) Excise ( ) Deny ( ) Declassify
Date_____ Exemption _____
JUN 2 8 2005

1
```
***************************
* U N C L A S S I F I E D *
***************************
```

CRIMINAL DIVISION
99 DEC 27 PM 12:35

```
1                      ***************************
                       * U N C L A S S I F I E D *
                       ***************************

OTTUZYUW RUEHSWA4974 3571511-UUUU--RUEAWJA.
ZNR UUUUU
O 231511Z DEC 99
FM AMEMBASSY BERN
TO RUEHC/SECSTATE WASHDC IMMEDIATE 9695
INFO RUEAWJB/DEPT OF JUSTICE WASHDC PRIORITY
BT
UNCLAS BERN 004974
DEPT FOR CA/OCS/ACS/EUR AND L/LEI
E.O. 12958: N/A
TAGS: CJAN, SZ (GAYLOR, ALAN GREGORY)
SUBJECT: EXTRADITION CASE OF ALAN GREGORY GAYLOR
REF: STATE 239192  AND PREVIOUS
1.   POST BERN HAS BEEN IN TOUCH WITH THE SWISS FEDERAL
OFFICE FOR POLICE
         MATTERS (EXTRADITION SECTION).
2.   THE OFFICE IN QUESTION INFORMED US THAT THE DEPARTMENT
OF JUSTICE HAD ALREADY REQUESTED THROUGH A SEPARATE CHANNEL
THE EXTENSION MENTIONED IN REFTEL.
3.   THEY ALSO ASSURED US THAT THEY INTEND TO GRANT THIS
REQUEST.
FREDERICKS
BT
#4974
NNNN
```

Dept. of State, RPS/IPS, Margaret P. Grafeld, Dir.
(X) Release ( ) Excise ( ) Deny ( ) Declassify
Date_____ Exemption ___

JUL 2 8 2006

CRIMINAL DIVISION
99 DEC 27 PM 3:54

```
                       ***************************
                       * U N C L A S S I F I E D *
1                      ***************************
```

```
1                    ****************************
                     * U N C L A S S I F I E D *
                     ****************************

RTTUZYUW RUEHSWA1598 1611202-UUUU--RUEAWJA.
ZNR UUUUU ZZH
R 091202Z JUN 00
FM AMEMBASSY BERN
TO SECSTATE WASHDC 0594
BT
UNCLAS BERN 001598
DEPT FOR CA/OCS/ACS/EUR
E.O. 12958: N/A
TAGS: CASC, SZ (GAYLOR, GREGORY ALAN)
SUBJECT: ARREST CASE OF GREGORY ALAN GAYLOR
REF: STATE 241771 AND PREVIOUS
IN REVIEWING OUR FILES, POST FINDS NO RECORD OF A CLOSE OUT
CABLE HAVING BEEN SENT FOR THIS CASE.  VIA REF, THE
DEPARTMENT REQUESTED MR. GAYLOR'S EXTRADITION FOLLOWING HIS
ARREST IN SWITZERLAND ON A U.S. WARRANT.  THE EXTRADITION
WAS CARRIED OUT IN JANUARY 2000, ACCORDING TO THE OFFICE FOR
POLICE MATTERS OF THE SWISS FEDERAL DEPARTMENT OF JUSTICE
AND POLICE.  EMBASSY HAS HAD NO FURTHER CONTACT WITH MR.
GAYOR SINCE HIS RELEASE.
FREDERICKS
BT
#1598
NNNN
```

RECEIVED
OFFICE OF INTERNATIONAL AFFAIRS
00 JUN 12 AM 10: 57
CRIMINAL DIVISION

Dept. of State, PPS/IPS, Margaret P. Grafeld, Dir.
(X) Release ( ) Excise ( ) Deny ( ) Declassify
Date_____ Exemption_____
JUL 28 2006

```
                     ****************************
                     * U N C L A S S I F I E D *
                     ****************************
1
```

```
1                        ***************************
                         * U N C L A S S I F I E D *
                         ***************************
OTTUZYUW RUEHCAA1490 1642049-UUUU--RUEAWJA.
ZNR UUUUU ZZH
O 122047Z JUN 00
FM SECSTATE WASHDC
TO AMEMBASSY BERN IMMEDIATE 7916
BT
UNCLAS STATE 111490
FOR CONSUL CASSIUS JOHNSON
E.O. 12958: N/A
TAGS: CASC, CJAN, KCRM, SZ
SUBJECT: ARREST & EXTRADITION OF GREGORY ALAN GAYLOR
REF: A. BERN 1598
     B. STATE 241771
PER REFTEL, DEPARTMENT VERIFIED WITH THE DEPARTMENT OF
JUSTICE THAT THE ABOVE-NAMED FUGITIVE WAS ARRESTED NOVEMBER
13, 1999. ACCORDINGLY, POST MAY CLOSE OUT THE FILE ON THE
EXTRADITION OF GREGORY ALAN GAYLOR.
TALBOTT
BT
#1490
NNNN
```

RECEIVED
OFFICE OF INTERNATIONAL AFFAIRS
00 JUN 13 AM 10:47
CRIMINAL DIVISION

Dept. of State, RPS/IPS, Margaret P. Grafeld, Dir.
(X) Release ( ) Excise ( ) Deny ( ) Declassify
Date_____ Exemption _____

                         ***************************
                         * U N C L A S S I F I E D *
                         ***************************
1



U.S. Department of Justice

Criminal Division

Washington, D.C. 20530

MAR 2 2 2006

**MEMORANDUM**

To: Margaret P. Grafeld, Director
Office of IRM Programs and Services
Department of State
SA-2, 5th Floor
Washington, D.C. 20522-6001

From: Thomas J. McIntyre, Chief
FOIA/PA Unit
Criminal Division
Suite 1127, Keeney Building
950 Pennsylvania Avenue, N.W.
Department of Justice
Washington, D.C. 20530-0001

**IN LITIGATION**

Re: Privacy Act Request - Gregory Alan Gaylor - #200100752P

We are processing a Privacy Act request from the person named above. In searching our system CRM-026, we have located the attached records which originated in an office for which you are responsible or which we have concluded are of primary interest to your office. We are referring these records to you for direct reply to the requester. We have also attached a copy of the request letter for your assistance and have advised the requester of this referral.

Please address correspondence to us concerning this matter to: Thomas J. McIntyre, Chief, Freedom of Information/Privacy Act Unit, Office of Enforcement Operations, Criminal Division, Department of Justice, Washington, D.C. 20530. Attention: Rhonda Smith, (202) 514-1123.

**Please be advised that this matter has recently become the subject of litigation in the United States District Court for the District of New Hampshire. The AUSA handling the litigation is Gretchen Witt. She can be reached at 603-225-1552. Since we are in litigation regarding this matter, your expedited treatment will be appreciated.**

'06 APR 3 AM 10:24

PA 200100752

May 11, 2001

Deborah Caruth, Esq.
U.S. Department of Justice
Criminal Division  9th Floor
Office of International Affairs
1301 New York Avenue, N.W.
Washington, D.C. 20005

Re: Copy of Extradition File

Ms. Caruth:

I take this opportunity to renew my request for a copy of the file relating to my extradition from Switzerland on August 10 2000. Please forward a copy of all correspondence, faxes, documents and communiques, including but not limited to the final papers relating to the extradition.

Sincerely,

Gregory Alan Gaylor
c/o 7744 La Avenida
Dallas, Texas 75248

MAY 23 2001

06 JUN 21 AM 11:03
CRIMINAL DIVISION
FREEDOM OF INFORMATION