UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY ALAN GAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1467 (RBW) |
| | ) | |
| DEPARTMENT OF JUSTICE | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

This matter comes before the Court on defendant's motion for summary judgment. After considering all relevant pleadings, applicable law and the record herein, it is this _____ day of _____, 2006, hereby,

ORDERED, that defendant's motion is GRANTED. Plaintiff's claims are hereby DISMISSED. This is a final, appealable Order.

_____
Reggie B. Walton
United States District Judge