UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JAN 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gregory Alan Gaylor,                )
     Plaintiff                     )
                            )
v.                                  )     Civil Cause: 06-1467 (RBW)
                            )
U.S. Department Of Justice          )
     Defendant                     )

PLAINTIFF'S MOTION FOR AN EXPANSION OF TIME

UNTIL MARCH 1, 2007

FOR THE SUBMISSION OF AN OBJECTION

TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff respectfully moves for an expansion of time until March 1, 2007 to file an objection to the defendant's motion for summary judgment for the following reasons:

1.  The plaintiff received the motion for summary judgment on January 17, 2007.  The released documents are numerous and there is considerable confusion as to whether the United States has fully complied.  See Defendant's Statement Of Material Facts, ¶11, p.4. The United States is uncertain as to what documents have been released and when.  Id.  The United States has left the question to be resolved by the plaintiff.  Id.

2.  Given these unusual circumstances, the plaintiff needs additional time to evaluate the response and file an objection.

WHEREFORE, the plaintiff respectfully requests that his motion be granted for an expansion of time until March 1, 2007.

1

Respectfully submitted,
January 24, 2007

Gregory Alan Gaylor

PO Box 14   30235
Concord, NH   03302-0014
ggaylor@sbcglobal.net

7744 La Avenida
Dallas, Texas   75248-4331


                        Certification:


I, Gregory Alan Gaylor, hereby certify this 26TH of January 2007,
that a copy of this motion was forwarded in the U.S. Mail, with
first class postage, addressed to:  Jeffrey A. Taylor, Esq.,
Rudolf Contreras, Esq., John Henault, Esq., 555 4th Street, N.W.
Washington, D.C.   20530.


Gregory Alan Gaylor