UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED
FEB 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gregory Alan Gaylor,  )
    Plaintiff  )
        )
v.  )   Civil No: 06-1467 (RBW)
        )
U.S. Department Of Justice,  )
    Defendant  )

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The Plaintiff respectfully moves for summary judgment pursuant to Fed.R.Civ.P. 56, 5 U.S.C. §552, and 5 U.S.C. §552(a), and for the following reasons:

1. The Defendant failed to timely comply with the Plaintiff's Freedom of Information Act (FOIA) and Privacy Act request which was submitted on April 24, 2001. See Defendant's Statement Of Material Facts, ¶1, p.1. "Apparently, the request was thereafter misplaced, being placed in a GSA approved classified materials safe in the [Criminal Division FOIA / Privacy Act] Unit." See Memorandum In Support Of Defendant's Motion To Dismiss For Lack Of Proper Venue, p.3, (citing Declaration Of Kathy Hsu at ¶9). "The fact that this was misplaced was discovered sometime after plaintiff's January 8, 2005 attempt to appeal to the U.S. Department of Justice, Office of Information and Privacy ("OIP"), regarding the inaction on his request." Id. "Once the FOIA/PA Unit learned that the request had not been answered and the file was missing, the Unit's office was searched and the file was located in the safe." Id.

1

2. "By letter dated February 7, 2995, the Co-Director of OIP, Richard L. Huff, informed [the] plaintiff that the Criminal Division was still processing his request and that [the] plaintiff could choose to treat the letter as a denial of his appeal and file suit." Id.  See Exhibit 1.

3. As a consequence of this letter, the Plaintiff sought relief in the District of New Hampshire.  See Case 05-414-PB.  Subsequently, on December 6, 2005, Magistrate James R. Muirhead ordered Mr. Gaylor to pay $ 10.80 and the remaining balance each month from his account until the filing fee of $ 250.00 had been paid.  See Exhibit 2.  The Plaintiff, therefore, has incurred costs and remains liable for the balance of the $ 250.00 filing fee as a consequence of the Defendant's failure to timely comply with the requirements of 5 U.S.C. §552 et seq.

4. Summary judgment in the amount of $ 250.00 is, therefore, appropriate.  The Defendant should be required to contact the clerk of the District of New Hampshire to ascertan the amount paid and the remaining balance so that the Plaintiff and the district court may be properly compensated.

WHEREFORE, the Plaintiff respectfully requests that his motion for summary judgment be granted, and:

   A. That the Defendant compensate the Plaintiff for the amount of court costs paid;

   B. That the Defendant pay the remaining balance of the $ 250.00 filing fee;

   C. And, for such other relief as justice requires.

Respectfully submitted,
February 12, 2007

Gregory Alan Gaylor
Plaintiff pro-se

2

PO Box 14   30235
Concord, NH   03302-0014
ggaylor@sbcglobal.net

7744 La Avenida
Dallas, Texas   75248-4331


State Of New Hampshire
Merrimack, SS.


I, Gregory Alan Gaylor, hereby depose and say under oath this 12th of February 2007, that the foregoing statements are true and accurate to the best of my belief and knowledge.

*(signature)*

Gregory Alan Gaylor


Personally appeared before me, Gregory Alan Gaylor, this 12th of February 2007, who gave the foregoing oath. In witness thereof, I hereunto set my hand and official seal:


*(signature)*
Notary Public

BECKY A. HARDING, Notary Public
My Commission Expires December 21, 2010

Certification:

I, Gregory Alan Gaylor, hereby certify this 12th of February 2007, that a copy of this motion was forwarded in the US Mail, with first class postage, addressed to: Jeffrey A. Taylor, Esq., Rudolf Contreras, Esq., and John Henault, Esq., 555 4th St., Washington, D.C. 20530.

*(signature)*

Gregory Alan Gaylor