

U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642        Washington, D.C. 20530

FEB 0 7 2005

Mr. Gregory Alan Gaylor
7744 La Avenida Drive
Dallas, TX 75248-4331

     Re: Request No. CRM200100752P

Dear Mr. Gaylor:

     This responds to your letter dated January 8, 2005, in which you sought to appeal from the failure of the Criminal Division to respond to your request for access to records.

     I have notified the Criminal Division of your communication. It is my understanding that the Criminal Division is still processing your request. Although the Act authorizes you to treat the failure of the Criminal Division to act on your request within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the Criminal Division. Our function is limited to the review of those records to which access is in fact denied. You may appeal again to this Office when the Criminal Division completes its action on this particular request if any of the material is denied. We will then open a new appeal and review the Criminal Division's substantive action on your request.

     In the event that the Criminal Division still has not responded to your request at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeal and bring action in an appropriate federal court. I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

                                         Sincerely,

                                         Richard L. Huff
                                         Co-Director

RLH:PAJ:CIH

2.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gregory Alan Gaylor</u>

    v.                                             No. 05-fp-414

<u>US Department of Justice</u>

**O R D E R**

Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $10.80 is due no later than January 10, 2006.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $250.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

This case has been assigned civil number **05-cv-414-PB.**

**SO ORDERED.**

                                                    */s/ James R. Muirhead*
                                                 James R. Muirhead
                                                 United States Magistrate Judge

Date: December 6, 2005

cc:    Gregory Alan Gaylor, *pro se*
        Bonnie S. Reed, Financial Administrator
        New Hampshire State Prison, Inmate Accounts