UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gregory Alan Gaylor,<br>    Plaintiff<br><br>v.<br><br>U.S. Department Of Justice.<br>    Defendant | Civil No. 06-1467 (RBW) |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT**

The Plaintiff respectfully objects to the Defendant's motion for summary judgment as follows:

1. The Defendant has failed to produce non-exempt documents from the files of the U.S. Department Of Justice, Office of International affairs. As an example, an email from Amy Olson, US DOJ, dated February 23, 2006, disclosed that the US DOJ had forwarded a December 6, 2005 letter, authored by Michael K. Brown, Esq., Sr. Assistant New Hampshire Attorney General, to "the Swiss Federal Office of Justice..." See Exhibit 1. The letter references a contemporary dispute involving the Swiss extradition treaty and Mr. Gaylor. Id. None of these documents were disclosed in the US DOJ's various FOIA disclosures.

2. Given this omission, the question remains as to the accuracy of the disclosure and the existence of undisclosed non-exempt documents.

RECEIVED
FEB 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

3. The Defendant may not prevail on summary judgment as there are genuine issues of material fact in dispute.

Respectfully submitted,
February 12, 2007

*(signature)*

Gregory Alan Gaylor
Plaintiff pro-se

PO Box 14   30235
Concord, NH   03302-0014
ggaylor@sbcglobal.net

State of New Hampshire
Merrimack, SS.

I, Gregory Alan Gaylor, hereby depose and say under oath this 12TH of February 2007, that the foregoing statements are true and accurate to the best of my belief and knowledge.

*(signature)*

Gregory Alan Gaylor

Personally appeared before me, Gregory Alan Gaylor, this 12TH of February 2007, who gave the foregoing oath. In witness thereof, I hereunto set my hand and official seal:

*(signature)*
Notary Public
BECKY A. HARDING, Notary Public
My Commission Expires December 21, 2010

Certification:

I, Gregory Alan Gaylor, hereby certify this 12TH of February 2007, that a copy of this objection was forwarded in the US Mail, with first class postage, addressed to: Jeffrey A. Taylor, Esq., Rudolf Contreras, Esq., and John Henault, Esq., 555 4th St. Washington, D.C.   20530.

*(signature)*
Gregory Alan Gaylor

2