UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY ALAN GAYLOR,                )<br>                                                              )<br>            Plaintiff,                             )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>DEPARTMENT OF JUSTICE              )<br>                                                              )<br>            Defendant.                        )<br>_____) | Civil Action No. 06-1467 (RBW) |

**MOTION FOR AN ENLARGEMENT OF TIME
TO FILE A REPLY IN SUPPORT OF SUMMARY JUDGMENT AND
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court to enlarge the time for defendant to file its reply in support of summary judgment and opposition to plaintiff's motion for summary judgment from March 9, 2007 to March 29, 2007. Because plaintiff is incarcerated, defendant has not attempted to reach him to seek his consent to this motion pursuant to Local Civil Rule 7(m).

Defendant requests that the Court enlarge the time for it to file a reply in support of summary judgment and opposition to plaintiff's motion for summary judgment for the following reasons: Counsel for defendant was scheduled to begin a seven day Title VII jury trial before Judge Lamberth on Monday, March 5, 2007. Although the case settled unexpectedly on Thursday, March 1, counsel spent the past three weeks preparing for trial and preparing witnesses for the trial. Accordingly, counsel has not yet had the opportunity to communicate with agency counsel regarding plaintiff's opposition to defendant's motion and plaintiff's motion for summary judgment. This requested extension will provide counsel with adequate

opportunity to do so. This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that the Court enlarge the time for defendant to to file its reply in support of summary judgment and opposition to plaintiff's motion for summary judgment until March 29, 2007.

March 5, 2007                                    Respectfully submitted,


                                                 _____/s/_____
                                                 JEFFREY A. TAYOLR, D.C. BAR # 498610
                                                 United States Attorney

                                                 _____/s/_____
                                                 RUDOLPH CONTRERAS, DC BAR #434122
                                                 Assistant United States Attorney

                                                 _____/s/_____
                                                 JOHN F. HENAULT, D.C. Bar #472590
                                                 Assistant United States Attorney
                                                 555 4th Street, N.W.
                                                 Washington, DC 20530
                                                 (202) 307-1249

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 5th day of March 2006, that the foregoing was mailed by first class mail, postage pre-paid, to to :

GREGORY ALAN GAYLOR
No. 30235
NH STATE PRISON
P.O. Box 14
Concord, NH 03302-0014

                  _____
                  JOHN F. HENAULT, D.C. Bar #472590
                  Assistant United States Attorney
                  555 4th Street, N.W.
                  Washington, DC 20530
                  (202) 307-1249