UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY ALAN GAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1467 (RBW) |
| | ) | |
| DEPARTMENT OF JUSTICE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UPON CONSIDERATION of defendant's Motion for Enlargement of Time to File a Reply in Support of Summary Judgment and to File an Opposition to Plaintiff's Motion for Summary Judgment, and for good cause shown, it is this ___ day of _____ 2007,

ORDERED, defendant's motion is hereby GRANTED. Defendant shall file a reply in support of summary judgment and an opposition to plaintiff's motion for summary judgment on of before March 29, 2007.

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

cc:

JOHN F. HENAULT
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530

GREGORY ALAN GAYLOR
No. 30235
NH STATE PRISON
P.O. Box 14
Concord, NH 03302-0014