UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY ALAN GAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1467 (RBW) |
| ) | |
| DEPARTMENT OF JUSTICE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

This matter comes before the Court on defendant's motion for summary judgment and plaintiff's motion for summary judgment. After considering all relevant pleadings, applicable law and the record herein, it is this ____ day of _____, 2007, hereby,

ORDERED, that defendant's motion is GRANTED. It is further ORDERED, that Plaintiff's motion is DENIED. Plaintiff's claims are hereby DISMISSED. This is a final, appealable Order.

                                                                                                  _____
                                                                                                  Reggie B. Walton
                                                                                                  United States District Judge