UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY ALAN GAYLOR,  )
            )
    Plaintiff,  )
            )  **Civil No.06-1467 (RBW)**
    v.      )
            )
U.S. DEPARTMENT OF JUSTICE,  )
            )
    Defendant.  )
_____)

## DECLARATION OF KATHY HSU

I, Kathy Hsu, declare the following to be true and correct:

1.  As noted in my prior declarations in this matter, I am an attorney in the Criminal Division of the United States Department of Justice assigned to the Office of Enforcement Operations' Freedom of Information Act/Privacy Act Unit (FOIA/PA Unit). The purpose of this declaration is to apprise the court that my previous declaration, dated December 6, 2006, describing the search and release of all Criminal Division records to plaintiff is both accurate and complete.

2.  As stated in my prior declaration, the FOIA/PA Unit made repeated efforts to search and release records in response to plaintiff's April 24, 2001 FOIA/PA request, which sought records from the Department of Justice's Office of International Affairs (OIA) pertaining to plaintiff's August 2000 extradition from Switzerland to the United States.

3.  The FOIA/PA Unit searched its files twice, once in July

2001 and again in April 2006, and released records to plaintiff on four separate occasions. *See Declaration of Kathy Hsu*, ¶¶ 9-14. Moreover, as stated in my December 2006 declaration, I have personally reviewed and verified that more than 98 responsive records had been located and that "[n]o pages were withheld in full and only minimal information essential to safeguarding the personal privacy of third parties was redacted." *See id.* ¶ 18.

4. In the Plaintiff's Objection to Defendant's Motion for Summary Judgment filed on February 20, 2007, plaintiff refers to an OIA e-mail released to him by the Criminal Division dated February 26, 2006, which made reference to a letter drafted by the New Hampshire Attorney General's Office to the Swiss Federal Offices of Justice. Plaintiff contends that this reference suggests defendant has not located all responsive records. This document did not originate in the Criminal Division and it appears that the only role the Division played was to forward the New Hampshire letter to the Swiss authorities. It is not uncommon for documents referenced in Criminal Division files to not themselves be located in the files. As discussed above, the FOIA/PA Unit has conducted repeated searches and has released all Criminal Division records with minimal deletions to plaintiff.

I declare under penalty of perjury that the foregoing is true and correct. **Executed on:** March 16, 2007

_____
Kathy Hsu