UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY ALAN GAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 06-1467 (RBW) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

ORDER AND JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that Defendant's Motion for Summary Judgment [Dkt. No. 7] is GRANTED; it is

FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [Dkt. No. 10] is DENIED; and it is

FURTHER ORDERED that judgment is entered for Defendant. This is a final appealable Order.

_____s/_____
Reggie B. Walton
United States District Judge

Date: July 27, 2007