# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY ALAN GAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1467 (RBW) |
| | ) |
| DEPARTMENT OF JUSTICE | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather and remove the appearance of Assistant United States Attorney John Henault as counsel for Defendant in the above-captioned case.

 /s/ Robin M. Meriweather

ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on September 10, 2007, a copy of the foregoing was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid to plaintiff:

Gregory Alan Gaylor
#30235
NH State Prison
PO Box 14
Concord, NH 03302-0014

        /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER
ASSISTANT UNITED STATES ATTORNEY